ELLEN G. MITCHELL, PLAINTIFF IN ERROR, vs. PHŒNIX INSURANCE COMPANY, OF HARTFORD, CONNECTICUT, A CORPORATION UNDER THE LAWS OF CONNECTICUT, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Duval county.

*Walker & L'Engle*, for Plaintiff in Error.

*A. W. Cockrell & Son*, for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.